# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re ) | |
| ) | |
| VINCENT THAKUR SINGH, dba PERFECT ) | Case No.:  2:13-CV-02300-JAM |
| FINANCIAL GROUP, INC., dba AAMCO ) | |
| STOCKTON, INC., dba AAMCO ) | |
| ORANGEVALE, INC., fdba ACCEPTANCE ) | |
| CAPITAL, fdba PERFECT MORTGAGE and ) | Bankruptcy Case No.:  10-42050-D-7 |
| MALANIE GAY SINGH ) | |
| ) | |
| Debtors. ) | |
| _____ ) | Adv. Pro. No.:  12-2457-D |
| ) | |
| MICHAEL F. BURKART, CHAPTER 7 ) | |
| TRUSTEE ) | |
| ) | |
| Plaintiff ) | **AMENDED JUDGMENT IN A CIVIL** |
| v. ) | **CASE** |
| ) | |
| BABU LAL ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

**Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/20/2013.  PLAINTIFF SHALL RECOVER FROM DEFENDANT THE SUM OF $30,000.00.**

Marianne Matherly
Clerk of Court

DATED: April 23, 2014

/s/ J. Donati

by: _____
    J. Donati,       Deputy Clerk

- 1